IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY RAY GEORGE,<br><br>Defendant. | CR 25-70-BLG-WWM<br><br>ORDER GRANTING LEAVE TO<br>FILE EXHIBITS UNDER SEAL |

Upon the Unopposed Motion to For Leave to File Exhibits Under Seal (Doc. 34) filed by Defendant and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED** and shall be filed with the Court no later than December 24, 2025.

The Clerk of Court is direct to notify the parties of the making of this order.

DATED this 23rd day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE