## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-70-BLG-WWM |
| Plaintiff, | |
| vs. | ORDER RE:  EXHIBITS |
| JEREMY RAY GEORGE, | |
| Defendant. | |

Based upon the colloquy during the hearing held on January 9, 2026, regarding Defendant's Motion to Suppress Evidence (Doc. 35),

**IT IS HEREBY ORDERED** that Defendant George shall refile Defendant's Exhibits A, D, E, H, J, and K, but with any necessary redactions, or move to unseal Defendant's Exhibits A, D, E, H, J, and K.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 12th day of January, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE